Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Stephen T. Cammack, SBN 107814
**STEPHEN T. CAMMACK LAW OFFICES**
735 University Ave.
Sacramento, CA 95825
Telephone No. (916) 641-0294
Facsimile No. (916) 641-0296
CAMMACKLAWOFFICE@gmail.com
Attorneys for Defendants
**Joyce Ann Skinner and Larry Leroy Skinner**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  2:13-CV-00877-LKK-CKD** |
| **Plaintiff,** | |
| **v.** | **STIPULATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER** |
| **JOYCE ANN SKINNER, et al.,** | **FOR:   HON. LAWRENCE K. KARLTON** |
| **Defendants.** | |

**TO THE HONORABLE LAWRENCE K. KARLTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Joyce Ann Skinner and Larry Leroy Skinner, individually and d/b/a Camanche Hills Dinner House & Lounge a/k/a Bella Rosa hereby agree, stipulate, and respectfully request that this Honorable Court continue the Initial Scheduling Conference presently set for August 12, 2013 at 3:00 PM.

///

///

The request for the brief continuance is necessitated by the fact that counsel for the Parties have agreed to extend the time for an Answer to be filed in order to pursue resolution of the action prior to incurring further litigation expenses in the instant action.

In addition, Plaintiff's counsel of record, and trial counsel in the above-entitled action, has a calendaring conflict on Monday, August 12, 2013.  Specifically, Plaintiff's Counsel is scheduled to appear before the Honorable Judge William B. Shubb as Plaintiff's lead trial counsel on Plaintiff's Motion to Alter or Amend Judgment and Plaintiff's Motion for Attorneys' Fees in the matter of *Joe Hand Promotions, Inc. v. Albright,*. Case No. 2:11-cv-02260-WBS-CMK (U.S.D.C. E.D. Cal.) at 2:00 P.M. that same day.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Initial Scheduling Conference, presently scheduled for August 12, 2013 at 3:00 PM to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully Submitted,

Dated: July 16, 2013         */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: July 16, 2013         */s/Stephen T. Cammack, Esq.*
**STEPHEN T. CAMMACK LAW OFFICES**
By: Stephen T. Cammack
Attorneys for Defendants
Joyce Ann Skinner and Larry Leroy Skinner

///
///
///
///

Page 2

1

**ORDER**

2      It is hereby ordered that the Initial Scheduling Conference in civil action number 2:13-cv-00877-

3  LKK-CKD styled *J & J Sports Productions, Inc. v. Skinner, et al.,* is hereby continued from 3:00 PM,

4  August 12, 2013 to September 23, 2013 at 3:00 p.m.  The parties are directed to file their status reports

5  14 days prior to the status conference.

6

7

8  **IT IS SO ORDERED**.

   DATED:  July 19, 2013.

9

10

11

12  ///

13  ///

    ///
14
    ///
15
    ///
16
    ///
17
    ///
18
    ///
19
    ///
20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25  ///

26

27

28

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT