UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA,<br><br>        Defendants. | No.  CIV. S-13-0877 LKK/CKD<br><br>**ORDER** |

    This matter is set for status conference on October 15, 2013.  In the joint status report, defendants represent that on September 17, 2013 they served third-party defendants Brian M. Elia and Michael Elia and that those third-party defendants have not yet answered the complaint.  Defendants request a continuance of the status conference to permit the third-party defendants time to answer. Plaintiffs represent that they may add as a party, <u>inter alia</u>, Brian M. Elia and any other individuals joined in the lawsuit, and they anticipate filing an amended complaint.

1

Currently, plaintiffs' motion to strike affirmative defenses is set for hearing on November 18, 2013.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file and serve an amended complaint, if any, within forty-five days from the date of this order. In any amended complaint, plaintiffs shall join all parties and state all claims they seek to raise in this action.

2. Plaintiffs' September 23, 2013 motion to strike (ECF No. 19) is dropped from calendar without prejudice to its renewal, as appropriate, following the filing of an answer to any amended complaint.

3. The initial status conference in this matter is reset to January 21, 2014 at 11:30 a.m.  All parties shall comply with all provisions of the court's May 6, 2013 Order Setting Status (Pretrial Scheduling) Conference (ECF No. 4) in connection therewith.

4. Defendants shall serve a copy of this order and, if they have not already done so, a copy of the May 6, 2013 Order Setting Status (Pretrial Scheduling) Conference on third-party defendants Brian M. Elia and Michael Elia.

IT IS SO ORDERED.

DATED:  October 9, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2