UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA,<br><br>        Defendants. | No.  CIV. S-13-0877 LKK/CKD<br><br>**ORDER** |

    By order filed October 10, 2013, the original status conference in this matter was reset, pending a response to the third-party complaint from third-party defendants Brian M. Elia and Michael Elia (hereafter "third-party defendants"), to January 21, 2014.  <u>See</u> Order filed October 10, 2013 (ECF No. 23).  On November 27, 2013, third-party defendants filed a motion to dismiss the third-party complaint (ECF No. 26).  Said motion is set for hearing before the undersigned on January 31, 2014 at 10:00 a.m.

1

1    Good cause appearing, IT IS HEREBY ORDERED that the initial
2 status conference in this matter is reset to March 24, 2014 at
3 2:00 p.m.  All parties shall comply with all provisions of the
4 court's May 6, 2013 Order Setting Status (Pretrial Scheduling)
5 Conference (ECF No. 4) in connection therewith.
6    IT IS SO ORDERED.
7    DATED:  January 16, 2014.

11    LAWRENCE K. KARLTON
      SENIOR JUDGE
12    UNITED STATES DISTRICT COURT

2