1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  J & J SPORTS PRODUCTIONS,        No.  CIV. S-13-0877 LKK/CKD
    INC.,
12
                 Plaintiff,
13                                   **ORDER**
          v.
14
    JOYCE ANN SKINNER and LARRY
15  LEROY SKINNER, individually
    and d/b/a CAMANCHE HILLS
16  DINNER HOUSE & LOUNGE A/K/A
    BELLA ROSA,
17
                 Defendants.
18

19

20       Third-party defendants have requested that their dismissal

21  motion (ECF No. 26) be submitted on the papers, and not scheduled

22  for oral argument.  Third-party plaintiffs have not objected to

23  this request, and briefing is now completed.

24       Accordingly, this matter is **SUBMITTED** on the papers, and the

25  hearing in this matter, scheduled for January 31, 2014, is hereby

26  **VACATED**.

27       IT IS SO ORDERED.

28       DATED:  January 17, 2014.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

                                  1