1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10   J & J SPORTS PRODUCTIONS,        No. CIV. S-13-877 LKK/CKD
     INC.,

11
                    Plaintiff,
12                                    **ORDER**
          v.
13
     JOYCE ANN SKINNER and LARRY
14   LEROY SKINNER, individually
     and d/b/a CAMANCHE HILLS
15   DINNER HOUSE & LOUNGE a/k/a
     BELLA ROSA, and BRIAN M. ELIA
16   CAMANCHE HILLS DINNER HOUSE &
     LOUNGE a/k/a BELLA ROSA,
17
                    Defendants.
18

19
     JOYCE ANN SKINNER and LARRY
20   LEROY SKINNER,

21                  Defendants and
                    Third-Party
22                  Plaintiffs,

23        v.

24   BRIAN M. ELIA and MICHAEL
     ELIA,
25
                    Third-Party
26                  Defendants.

27

28
                              1

1       The court has been advised that the First Amended Complaint,

2   filed by plaintiff J & J Sports Productions, Inc., has been

3   settled as to all defendants.  ECF No. 43 at 1 & n.1 (Plaintiff's

4   Corrected Request for Judicial Notice of Settlement).  However,

5   no notice of settlement has been filed regarding the Third Party

6   Complaint, filed by Joyce Ann Skinner, <u>et al.</u>

7       Accordingly, the court's May 9, 2014 Order (ECF No. 44), is

8   hereby **AMENDED** to strike the sentence reading "All hearing dates

9   heretofore set in this matter are hereby VACATED."  The order

10  (inasmuch as it refers only to the First Amended Complaint of J &

11  J Sports), is otherwise **CONFIRMED.**

12      All dates previously set in this matter are hereby

13  **CONFIRMED**, with respect to the Third Party Complaint.

14      IT IS SO ORDERED.

15      DATED: May 12, 2014.

16

17

18                                 LAWRENCE K. KARLTON

19                                 SENIOR JUDGE

20                                 UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28