Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:13-cv-00877-LKK-CKD |
| Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS  JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA** |
| vs. | |
| JOYCE ANN SKINNER, ET AL., | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA, that the above-entitled defendants is hereby dismissed **with prejudice** against JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA *only.*

///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 2:13-cv-00877-LKK-CKD
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party referenced-above shall bear its own attorneys' fees and costs.


Dated:  5/29/14                            /s/ Thomas P. Riley_____
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By:  Thomas P. Riley
                                          Attorneys for Plaintiff
                                          J & J SPORTS PRODUCTIONS, INC.



Dated: May 19, 2014                       /s/ Stephen T. Cammack_____
                                          **STEPHEN THOMAS CAMMACK LAW OFFICES**
                                          By: Stephen Thomas Cammack
                                          Attorneys for Defendants
                                          JOYCE ANN SKINNER, and LARRY LEROY SKINNER,
                                           individually and d/b/a CAMANCHE HILLS DINNER HOUSE
                                          & LOUNGE A/K/A BELLA ROSA












**IT IS SO ORDERED**:

Dated:  June 2, 2014.




LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 9, 2014, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Stephen Thomas Cammack, Esquire            (Attorneys for Defendants Joyce
**STEPHEN T. CAMMACK LAW OFFICES**            Ann Skinner and Larry Leroy Skinner)
915 University Avenue
Sacramento, CA 95825


Mr. Matthew A. Pare, Esquire            (Attorneys for Defendants Brian M.
**LAW OFFICES OF MATTHEW A. PARE, APC**            Elia)
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 2, 2014, at South Pasadena, California.


Dated: May 9, 2014            _____

            **VANESSA VENTURA**

**STIPULATION OF DISMISSAL**
**Case No. 2:13-cv-00877-LKK-CKD**
**PAGE 3**