UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No.  CIV. S-13-0877 LKK/CKD |
| Plaintiff, | |
| v. | **ORDER** |
| JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA, | |
| Defendants. | |
| JOYCE ANN SKINNER and LARRY LEROY SKINNER, | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| BRIAN M. ELIA and MICHAEL ELIA, | |
| Third-Party Defendants. | |

1

1       Plaintiff J & J Sports Productions, Inc. ("J&J"), and third-
2  party defendant Brian M. Elia, have filed a "Stipulation of
3  Dismissal of Plaintiff's Complaint Against Defendant Brian M.
4  Elia, individually and d/b/a Camanche Hills Dinner House & Lounge
5  a/k/a/ Bella Rosa."  ECF No. 47.  However, J&J has no lawsuit
6  pending against third-party defendant Brian Elia in this action.
7       Accordingly, the stipulation will be **DISREGARDED**.
8       IT IS SO ORDERED.
9       DATED:  June 2, 2014.

13                          _____
                            LAWRENCE K. KARLTON
14                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2