Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOYCE ANN SKINNER, ET AL.,**<br><br>Defendants. | **CASE NO. 2:13-cv-00877-LKK-CKD**<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendant BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA, that the above-entitled defendant is hereby dismissed **without prejudice** against BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA *only*.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 31, 2014, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**

///

///

///

**STIPULATION OF DISMISSAL**
Case No. 2:13-cv-00877-LKK-CKD
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  5/9/14                    /s/ Thomas P. Riley
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By:  Thomas P. Riley
                                  Attorneys for Plaintiff
                                  J & J SPORTS PRODUCTIONS, INC.


Dated:  5/12/14                   /s/ Matthew A. Pare
                                  **LAW OFFICES OF MATTHEW A. PARE, APC**
                                  By: Matthew A. Pare
                                  Attorneys for Defendant
                                  BRIAN M. ELIA, individually and d/b/a
                                  CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A
                                  BELLA ROSA


This court's prior order, ECF No. 50, is **WITHDRAWN**, and the above stipulation is **SO ORDERED.**

Dated: June 4, 2014.


                                  /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 9, 2014, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Stephen Thomas Cammack, Esquire          (Attorneys for Defendants Joyce
**STEPHEN T. CAMMACK LAW OFFICES**            Ann Skinner and Larry Leroy Skinner)
915 University Avenue
Sacramento, CA 95825

Mr. Matthew A. Pare, Esquire                 (Attorneys for Defendants Brian M.
**LAW OFFICES OF MATTHEW A. PARE, APC**       Elia)
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 4, 2014, at South Pasadena, California.

Dated: May 9, 2014

**VANESSA VENTURA**